■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN VICTORY, Appellant. [886 NYS2d 64]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Mangano, Jr., J.), imposed October 27, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Dickerson and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BHARATI NARUMANCHI, on Behalf of BRANDON WILLIAMS, Petitioner, v WARDEN, GEORGE MOTCHAN CENTER, Respondent. [885 NYS2d 911]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 8479/08, to release the defendant on his own recognizance or, in the alternative, fixing bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Dillon, J.P., Dickerson, Lott and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN P. SCARING, on Behalf of ANTHONY BATTISTI, Petitioner, v WARDEN NASSAU COUNTY CORRECTIONAL CENTER, Respondent. [885 NYS2d 608]—Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County indictment No. 1865N/09.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Prudenti, P.J., Miller, Chambers and Roman, JJ., concur.